CALEB E. WHITAKER, Respondent, v. IMPERIAL SKIRT MANUFACTURING COMPANY, Appellant.

Where the affidavits upon which an attachment was granted, and those used in opposing a motion to vacate the same, show a state of facts authorizing the granting of the attachment upon the ground stated, an order denying the motion is not reviewable here.

(Submitted October 14, 1879; decided November 11, 1879.)

THIS was an appeal from an order of General Term, affirming an order of Special Term, denying a motion to vacate and set aside an attachment issued herein.

The court say:

"The original affidavits upon which the attachment was granted, and those used to oppose the motion to vacate the same, show a state of facts sufficient to authorize the judge to grant the attachment upon the ground stated therein. There was enough in the affidavits to give the judge jurisdiction and to call for the exercise of his judicial discretion.

The case is not, therefore, appealable to this court, and the appeal must be dismissed, with costs."

*Flamen B. Candler* for appellant.

*Geo. V. N. Baldwin* for respondent.

*Per Curiam* opinion for dismissal of appeal.

All concur.

Appeal dismissed.